# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PARADA-MENDOZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LINDA MCGREW,<br><br>　　　　Respondent. | Case No. CV 12-10947 AG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record.

　　Accordingly, IT IS ORDERED THAT:

　　1.　The Report and Recommendation is approved and accepted;

　　2.　Judgment shall be entered dismissing this action without prejudice; and

　　3.　The Clerk shall serve copies of this Order and the Judgment on the parties.

/ / /

/ / /

/ / /

/ / /

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: November 27, 2013

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE