# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PARADA-MENDOZA, | Case No. CV 12-10947 AG (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LINDA MCGREW, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 27, 2013

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE